**Entered on Docket
May 24, 2010**

_____
**Hon. Gregg W. Zive
United States Bankruptcy Judge**

PITE DUNCAN, LLP
JACQUE A. GRUBER (NV Bar #11385)
EDDIE R. JIMENEZ (NV Bar #10376)
701 Bridger Avenue, Suite 670
Las Vegas, Nevada 89101
Telephone: (858) 750-7600
Facsimile: (619) 590-1385
E-mail: ecfnvb@piteduncan.com

MAILING ADDRESS:
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, California 92177-0933

Attorneys for   Secured Creditor WELLS FARGO BANK, N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | Bankruptcy Case No. BK-N-10-50935-gwz |
|---|---|
| RONN J. OZAKI AND STACIE P. OZAKI, | Chapter 7 |
| Debtor(s). | WELLS FARGO BANK, N.A., FORMERLY KNOWN AS WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB'S ORDER TERMINATING AUTOMATIC STAY |
| | Date:   May 11, 2010 |
| | Time:   10:00 a.m. |

1  A hearing on Secured Creditor Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB's Motion for Relief From the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court before the Honorable Gregg W. Zive.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 1679 Shadow Park Dr, Reno, Nevada 89523-2504, which is legally described as:

> LOT 7, IN BLOCK A, OF SIERRA HIGHLANDS UNIT NO. 9B, ACCORDING TO THE MAP THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON JANUARY 12, 1990, UNDER FILE NO. 1374301, AND AS TRACT MAP NO. 2640.

APPROVED                              APPROVED/DISAPPROVED

/s/ Jeri Coppa-Knudson
JERI COPPA-KNUDSON                    KEVIN A. DARBY
TRUSTEE                               DEBTORS' ATTORNEY

/././
/././
/././
/././
/././
/././
/././
/./././.

<u>ALTERNATIVE METHOD re: RULE 9021</u>:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

☒ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☒ Approved. - Trustee

☐ Disapproved.

☒ Failed to respond. – Debtors' Attorney

###

Submitted by:

<u>/s/ JACQUE A. GRUBER</u>
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #11385
Attorney for WELLS FARGO BANK, N.A., ET AL.